No. 1006. KEETON, ADMINISTRATRIX, v. THOMPSON, TRUSTEE IN BANKRUPTCY. April 23, 1945. Petition for

writ of certiorari to the Supreme Court of Arkansas granted. *Messrs. Theron W. Agee* and *David Sidney Partain* for petitioner. *Mr. Thomas B. Pryor* for respondent.